IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA </br>     Plaintiff | ) </br> ) </br> ) CASE NO: CR-1-02-107 |
| vs. | ) </br> ) |
| TRACY M. PESKIN, | ) MAGISTRATE JUDGE HOGAN </br> ) |
| SSN: XXX-XX-8026 </br>     Defendant, | ) </br> ) </br> ) |
| and | ) </br> ) |
| Lowe's Companies, Inc. | ) </br> ) |
|     Garnishee. | ) |

**PLAINTIFF'S MOTION TO QUASH THE
WRIT OF CONTINUING GARNISHMENT**

Plaintiff, United States of America, pursuant to 28 U.S.C. §3205(10), respectfully moves this Honorable Court to quash the Order for Writ of Continuing Garnishment (Doc #15) filed on January 15, 2008 in the above captioned case. Defendant Tracy M. Peskin has entered into a repayment agreement with Plaintiff in the judgment matter. Therefore, it is respectfully requested that the January 15, 2008 Order for Writ of Continuing Garnishment against the property of Tracy M. Peskin be quashed.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney

    s/Deborah F. Sanders
    DEBORAH F. SANDERS (0043575)
    Assistant United States Attorney
    Southern District of Ohio
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio 43215-2401
    (614) 469-5715

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the foregoing Motion to Quash the Order for Writ of Continuing Garnishment was mailed by first class mail, postage prepaid, this 1st day of February, 2008 to:

                s/Deborah F. Sanders
                DEBORAH F. SANDERS (0043575)
                Assistant United States Attorney