## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the Motion to Quash the Order for Writ of Continuing Garnishment (Doc.#18) was filed using the CM/ECF system and was mailed by first class mail, postage prepaid, this 1st day of February, 2008 to:

Tracy M. Peskin
4711 Burnett Avenue
Cincinnati, OH  45217

Lowe's Companies, Inc.
Attn: Payroll
P.O. Box 1111
North Wilkesboro, NC 28656

                                                s/Deborah F. Sanders
                                                DEBORAH F. SANDERS (0043575)
                                                Assistant United States Attorney