IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | )<br>)<br>) CASE NO: CR-1-02-107 |
| vs. | )<br>) |
| TRACY M. PESKIN, | ) MAGISTRATE JUDGE HOGAN |
| SSN: XXX-XX-8026<br>Defendant, | )<br>)<br>) |
| and | )<br>) |
| Lowe's Companies, Inc. | )<br>) |
| Garnishee. | ) |

### ORDER QUASHING THE
### WRIT OF CONTINUING GARNISHMENT

Upon Plaintiff's Motion to Quash Order for Writ of Continuing Garnishment (Doc.#15) and pursuant to the provisions of 28 U.S.C. §3205(10), and for good cause showing that Defendant has entered into a repayment agreement with Plaintiff,

**IT IS HEREBY ORDERED** that the January 15, 2008 Order for Writ of Continuing Garnishment against the property of Tracy M. Peskin be quashed.

Date: 2/4/08

_____
UNITED STATES MAGISTRATE JUDGE